**380-13**

# ELECTRONIC RECORD

CCA # 14-11-00149-CR          OFFENSE  Aggravated Assault

STYLE: Marvin Dwayne Smith v. The State of Texas          COUNTY  Harris

TRIAL COURT:          230th District Court          _____ MOTION

TRIAL COURT #:          1147188          FOR REHEARING IS: _____

TRIAL COURT JUDGE:  Belinda Hill          DATE: _____

DISPOSITION: *Affirmed as modified*          JUDGE: _____

DATE:          2/21/13

JUSTICE: _____ PC ✓ S ____

PUBLISH: _____          DNP: ✓

CLK RECORD:  1 vol.          SUPP CLK RECORD  3 vols
RPT RECORD:  8 vols          SUPP RPT RECORD  No
STATE BR:  yes          SUPP BR  No
APP BR:  yes          PRO SE BR  No

## IN THE COURT OF CRIMINAL APPEALS

**380-13**

# ELECTRONIC RECORD          CCA # __**380-13**

____State's____ Petition          Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

*granted & remanded*          JUDGE: _____

DATE: *April 16, 2014*          SIGNED: _____   PC: _____

JUDGE: *PC*          PUBLISH: _____   DNP: _____

_____ MOTION FOR REHEARING IN          MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____          _____ ON _____

JUDGE: _____          JUDGE: _____